UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HUYNH,<br><br>        Plaintiff,<br><br>      v.<br><br>NANU DAJIBHAI PATEL, et al.,<br><br>        Defendants. | Case No.15-cv-04930-NC<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 11 |

The Court acknowledges plaintiff's notice of settlement of the entire action. The Court grants plaintiff's request to file dismissal by December 31, 2015. If the parties wish the Court to retain jurisdiction over the settlement, they must file a consent to magistrate judge jurisdiction by December 31, 2015.

**IT IS SO ORDERED.**

Dated: December 2, 2015

                                              _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge